writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John E. Sheridan* and *Samuel I. Sacks* for petitioners. *Solicitor General McGrath* and *Mr. David London* for respondent. ■

No. 416. OBEAR-NESTER GLASS CO. *v.* UNITED DRUG CO. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lawrence C. Kingsland* and *Edmund C. Rogers* for petitioner. *Mr. Delos G. Haynes* for respondent.

No. 417. HORST, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Maurice E. Harrison* for petitioner. *Assistant Attorney General Clark, Messrs. Sewall Key, Fred E. Youngman, Walter J. Cummings, Jr.* and *Miss Helen R. Carloss* for respondent. ■

No. 423. MCALEENAN ET AL. *v.* GEORGE D. HORNING, INC. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John Paul Jones* for petitioners. *Mr. Rudolph H. Yeatman* for respondent. ■

No. 426. INTERCOUNTY OPERATING CORP. ET AL. *v.* COUNTY OF NASSAU. November 5, 1945. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Mr. Morris Rochman* for petitioners. ■